

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2021

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED IN PART. Appellant's brief is due December 6, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court